**Roger B. SANDFORT and Roger E. Sandfort, Appellants,**

v.

**PHASE II EMERALD BAY CONDOMINIUM OWNERS ASSOCIATION, INC., Emerald Bay Amenities, Inc., and Patrick Schmickley, Respondents.**

### WD 79755

Missouri Court of Appeals, Western District.

Order filed: June 6, 2017

Cole D. Bradbury, Osage Beach, for Appellants.

Bradley C. Letterman, Jefferson City, for Respondents.

Before Division One: Gary D. Witt, Presiding Judge, Alok Ahuja, Judge and Edward R. Ardini, Jr., Judge

## ORDER

PER CURIAM:

Roger E. Sandfort and Roger B. Sandfort appeal the circuit court's grant of summary judgment in favor of Emerald Bay Condominium Owners Association, Inc.; Emerald Bay Amenities, Inc.; and Patrick Schmickley on the Sandforts' petition alleging malicious prosecution directed at a previously dismissed civil suit. The uncontroverted facts establish that the Defendants relied on the advice of their counsel, and the grant of summary judgment is affirmed. Because a published opinion would have no precedential value, we have instead provided a separate memorandum of law to the parties explaining our ruling. Affirmed Rule 84.16(b).